UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ATHANASIA ZAPANTIS, as Administratrix of the Estate of GEORGE ZAPANTIS, individually and the Estate of GEORGE ZAPANTIS,

                      Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------------ x

**NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL**

21 CV 5138 (KAM)(LB)

      **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Joshua J. Lax, Esq. as counsel of record on behalf of defendant City of New York in this case:

           CHRISTOPHER G. ARKO
           Senior Counsel
           New York City Law Department
           100 Church Street
           New York, NY  10007
           212-356-5044

      From this date forward, please serve all notices and other papers upon defendant at the address set forth above, and please remove Joshua J. Lax, Esq. as counsel of record.

Dated:      New York, New York
            April 27, 2022

                                  HON. SYLVIA O. HINDS-RADIX
                                  Corporation Counsel of the City of New York
                                  *Attorney for Defendant City of New York*

                      By:    /s/ *Christopher G. Arko*
                              Christopher G. Arko
                              Senior Counsel

cc:     <u>By ECF</u>
        Scott Epstein, Esq.
        George Vomvolakis, Esq.
        *Attorneys for plaintiff*