UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ATHANASIA ZAPANTIS, as Administratrix of the Estate of GEORGE ZAPANTIS, individually and the Estate of GEORGE ZAPANTIS,

                                                      Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                                    Defendants.

------------------------------------------------------------------------x

**DECLARATION OF JOSHUA J. LAX SUBMITTED IN SUPPORT OF NOTICE TO SUBSTITUTE COUNSEL**

21 CV 5138 (KAM)(LB)

**JOSHUA J. LAX**, pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following is true and correct:

1. I am a Senior Counsel at the New York City Law Department and, on behalf of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, I am counsel of record in this action.

2. On April 26, 2022, I will be resigning from this Office.

3. The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, Christopher G. Arko, who is filing a notice to substitute counsel along with this declaration. Going forward, I will have no involvement in this matter whatsoever.

4. Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:      New York, New York
             April 26, 2022

                                                         /s/
                                                         JOSHUA J. LAX, ESQ.